

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00360-CV

| | | |
|---|---|---|
| Ex Parte S.B.M. | § | From the 362nd District Court |
| | § | of Denton County (2013-40334-362) |
| | § | June 11, 2015 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for entry of appropriate orders expunging S.B.M.'s files and records related to his 2003 arrest for the alleged sexual assault of R.W.

It is further ordered that The State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker_____
     Justice Sue Walker